JEANETTE BORENSTEIN, Respondent, *v.* DAVID
BORENSTEIN, Appellant.

(Argued March 11, 1936; decided July 8, 1936.)

*Jonas J. Shapiro, Theodore S. Jaffin* and *Alfred Mann* for appellant.

*Harry T. Zucker* and *Sydney J. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CROUCH, J. Taking no part: FINCH, J.